

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
RICHARD K. EATON
JUDGE

December 22, 2022

Gregory S. Menegaz
deKieffer & Horgan, PLLC
1090 Vermont Avenue, NW.
Suite 410
Washington, DC 20004

Kristin H. Mowry
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, NW.
Suite 810
Washington, DC 20015-2052

David J. Craven
Craven Trade Law LLC
3744 N. Ashland Avenue
Chicago, IL 60613

Adams Chi-Peng Lee
Harris Bricken McVay Sliwoski, LLP
600 Stewart Street
Suite 1200
Seattle, WA 98101

Matthew R. Nicely
Akin, Gump, Strauss, Hauer & Feld, LLP
2001 K Street, NW.
Washington, DC 20006-1037

Gregory S. McCue
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW.
Washington, DC 20036-1795

Lizbeth R. Levinson
Fox Rothschild LLP
1030 15th Street, NW.
Suite 380 East
Washington, DC 20005

Francis J. Sailer
Grunfeld Desiderio Lebowitz Silverman & Klestadt, LLP
1201 New York Avenue, NW.
Suite 650
Washington, DC 20005

Mark R. Ludwikowski
Clark Hill PLC
1001 Pennsylvania Avenue, NW.
Suite 1300 South
Washington, DC 20004

Brendan D. Jordan
U.S. Department of Justice
Commercial Litigation Branch – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20530

Rachel A. Bogdan
U.S. Department of Commerce
Office of Chief Counsel for Trade Enforcement & Compliance
1401 Constitution Avenue, NW.
Washington, DC 20230-0001

Timothy C. Brightbill
Wiley Rein, LLP
1776 K Street, NW.
Suite 9 East
Washington, DC 20006

    Re: *Fusong Jinlong Wooden Group Co., Ltd. Et Al. v. United States*
       Consol. Court No. 19-00144

Dear Counsel:

 It is my intention to issue a public version of the opinion in the above-captioned case in the near future. Previously identified confidential information is enclosed in double brackets. I do not believe that this information needs to remain confidential.

 Please review the text of the opinion and inform the court by January 3, 2023, in writing, whether or not any of the bracketed information should remain confidential. If you believe it should remain confidential, please state the basis for your belief. In addition, please notify the court whether any other (i.e., non-bracketed) information in the opinion is confidential and should be redacted in the public version.

                Very truly yours,

                /s/ Richard K. Eaton
                  Judge

cc: Casey Cheevers, Case Manager