UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: The Honorable Richard K. Eaton, Judge

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,<br><br>    Plaintiffs,<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,<br><br>    Consolidated Plaintiffs,<br><br>LUMBER LIQUIDATORS SERVICES LLC, et al.<br><br>    Plaintiff-Intervenors,<br><br>  v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>  and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>    Defendant-Intervenor. | Consol. No. 19-00144<br><br><br><br><br><br><u>**PUBLIC DOCUMENT**</u> |

**<u>CONSOLIDATED PLAINTIFFS' RESPONSE BRIEF ON RECONSIDERATION</u>**

Consolidated Plaintiffs Metropolitan Hardwood Floors, Inc., Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co., Ltd., Cohesion Trading Limited, Galleher Corp., Galleher LLC, MGI International, Mobetta Trading Limited, and Wego International Floors LLC ("Consolidated Plaintiffs") hereby file these comments in response to the Defendant's opening brief on reconsideration (ECF No. 120). This brief is timely pursuant to the

1

Court's Order Granting the Motion for Reconsideration (ECF No. 132).  Consolidated Plaintiffs hereby incorporate by reference the arguments and requests for relief presented in the response briefs filed by all other Plaintiffs, Consolidated Plaintiffs, and Plaintiff-Intervenors in this proceeding.

        Respectfully submitted,

        /s/ *Brittney R. Powell*
        Lizbeth R. Levinson
        Brittney R. Powell

        FOX ROTHSCHILD LLP
        2020 K Street, NW
        Suite 500
        Washington, DC  20006
        Tel:  (202) 794-1186
        Email: bpowell@foxrothschild.com

June 12, 2023

## **CERTIFICATE OF COMPLIANCE**

      This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 99 words.

      /s/ *Brittney R. Powell*
      Lizbeth R. Levinson
      Brittney R. Powell

      FOX ROTHSCHILD LLP
      2020 K Street, NW
      Suite 500
      Washington, DC  20006
      Tel:  (202) 794-1186