## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K. EATON, SENIOR JUDGE

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL.,<br><br>        Plaintiffs,<br><br>and<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL.,<br><br>        Consolidated Plaintiffs,<br><br>and<br><br>LUMBER LIQUIDATORS SERVICES, LLC ET AL.,<br><br>        Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant,<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>        Defendant-Intervenor. | Court No. 19-00144 |

### DEFENDANT'S NOTICE REGARDING REDACTIONS

Pursuant to the Court's instructions in its letter dated March 11, 2024 (ECF No. 148), defendant, the United States, respectfully submits this notice regarding redactions to information included in the Court's March 11, 2024 opinion (ECF No. 147).

Defendant is unaware of any additional information that should be redacted from the opinion or of any bracketed information that should be treated as public. We defer to other parties regarding any redactions that would concern their confidential information.

|  |  |
|---|---|
|  | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
|  | PATRICIA M. MCCARTHY<br>Director |
|  | /s/ Tara K. Hogan<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL: | /s/ Brendan Jordan<br>BRENDAN JORDAN<br>Trial Attorney<br>Commercial Litigation Branch<br>Civil Division |
| RACHEL BOGDAN<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>United States Department of Commerce | United States Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0342 |
| March 18, 2024 | Attorneys for Defendant |

2