

NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

March 18, 2024

**VIA ELECTRONIC FILING**
The Honorable Richard K. Eaton, Judge
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

Re:   *Fusong Jinlong Wooden Group Co., Ltd. v. United States*,
      Consol. Court No. 19-00144, Slip Op. 24-29

Dear Judge Eaton:

In response to the Court's March 11, 2024, letter, Consolidated Plaintiff Scholar Home (Shanghai) New Material Co., Ltd. ("Scholar Home"), respectfully advises the Court that it does not believe that there is any additional confidential information that needs bracketing or redacting in the Court's March 11, 2024, opinion (Slip Op. 24-29). *See* ECF. No. 147.  Scholar Home has no recommendations for any changes to the bracketing in the opinion.

Please do not hesitate to contact the undersigned if further clarification is needed.

Very truly yours,

Francis J. Sailer
Jordan C. Kahn