## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,** | |
| **Plaintiffs,** | Before: Richard K. Eaton |
| **YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,** | Consol. Court No. 19-144 |
| **Consolidated Plaintiffs,** | |
| **LUMBER LIQUIDATORS SERVICES, LLC, et al.,** | |
| **Plaintiff-Intervenors,** | |
| v. | |
| **UNITED STATES,** | |
| **Defendant,** | |
| **AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,** | |
| **Defendant-Intervenor.** | |

## PLAINTIFF-INTERVENORS' COMMENTS ON DEFENDANT'S FINAL REMAND RESULTS

Mark Ludwikowski
Kelsey Christensen
Sally Alghazali[*]

**Clark Hill PLC**
1001 Pennsylvania Ave., N.W.
Suite 1300 South
Washington, DC 20004
Tel. (202) 640-6680

---

[*] Admitted to Minnesota Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

i

*Counsel to Plaintiff-Intervenors Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.*

Dated: July 8, 2024.

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,** | |
| **Plaintiffs,** | **Before: Richard K. Eaton** |
| **YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,** | **Consol. Court No. 19-144** |
| **Consolidated Plaintiffs,** | |
| **LUMBER LIQUIDATORS SERVICES, LLC, et al.,** | |
| **Plaintiff-Intervenors,** | |
| **v.** | |
| **UNITED STATES,** | |
| **Defendant,** | |
| **AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,** | |
| **Defendant-Intervenor.** | |

## <u>PLAINTIFF-INTERVENORS' COMMENTS ON DEFENDANT'S FINAL REMAND RESULTS</u>

On behalf of Plaintiff-Intervenors, Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.,

(collectively, "Lumber Liquidators" or "Plaintiff-Intervenors") we hereby submit these comments on Defendant's Final Results of Redetermination ("Final Remand Results") filed with the Court on June 7, 2024 (ECF 165). These comments are timely submitted pursuant to the Court's Opinion and Remand Order, issued on April 1, 2024 (ECF 163).

Plaintiff-Intervenors generally agree with Defendant's Final Remand Results with respect to the method of calculating the separate rate for the two individually examined mandatory respondents. Specifically, Plaintiff-Intervenors agree that the Final Remand Results give effect to the lawful method for calculating separate rates for the non-individually examined companies by using the weighted average of the margins calculated for Jiangsu Senmao Bamboo and Wood Industry Co., Ltd. and Sino-Maple using the public sales value data on the record. (R.P.C. 1).

Notwithstanding the above, Plaintiff-Intervenors recognize that Plaintiffs are in the best position to comment on the rates calculated for individually examined mandatory respondents and the data relied on by the Defendant in reaching the Final Remand Results. Because the individual rate for mandatory respondents impacts the separate rate calculation, Plaintiff-Intervenors support and incorporate by reference any arguments by the Plaintiffs.

Therefore, Plaintiff-Intervenors respectfully request that this Court uphold Defendant's Final Remand Results with respect to the method of calculating the dumping margin rate using the weighted average, as opposed to simple average, and establish a final separate rate for non-individually examined companies in accordance with law and in light of the arguments presented by Plaintiffs.

Respectfully submitted,

/s/ Mark Ludwikowski
Mark Ludwikowski
Kelsey Christensen
Sally Alghazali[*]

*Counsel to Plaintiff-Intervenors Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.,*

July 8, 2024

---

[*] Admitted to Minnesota Bar; practice limited to Federal International Trade Matters pursuant to D.C. Bar Rule 49(c)(2).

## CERTIFICATE OF COMPLIANCE

Pursuant to Chamber Procedure 2(B)(1), the undersigned certifies that this brief complies with the word limitation requirement. The word count for Plaintiff-Intervenors' Comments on Final Remand Results, as computed by Clark Hill's word processing system Microsoft Office Professional, is 860 words, less than the 10,000 word limit.

/s/ Mark Ludwikowski
Mark Ludwikowski

*Counsel to Plaintiff-Intervenors Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.*

Dated: July 8, 2024.

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was electronically filed on July 8, 2024, via the

Court's ECF filing system, which automatically serves notice on counsel of record.


*/s/ Mark Ludwikowski*
Mark Ludwikowski


*Counsel to Plaintiff-Intervenor Benxi Wood Company, Dalian Jiahong Wood Industry Co., Ltd., Dalian Kemian Wood Industry Co., Ltd., Dongtai Fuan Universal Dynamics, LLC, HaiLin LinJing Wooden Products Co., Ltd., Jiangsu Guyu International Trading Co., Ltd., Jiangsu Mingle Flooring Co., Ltd., Jiangsu Simba Flooring Co., Ltd., Jiashan HuiJiaLe Decoration Material Co., Ltd., Kemian Wood Industry (Kunshan) Co., Ltd., Lumber Liquidators Services, LLC, Suzhou Dongda Wood Co., Ltd., Tongxiang Jisheng Import and Export Co., Ltd.*


Dated: July 8, 2024.