UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE RICHARD K EATON

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,<br><br>      Plaintiffs,<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,<br><br>      Consolidated Plaintiffs,<br><br>LUMBER LIQUIDATORS SERVICES, LLC, et al.,<br><br>      Plaintiff-Intervenors,<br><br>      v.<br><br>THE UNITED STATES,<br><br>      Defendant,<br><br>      and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING<br><br>      Defendant-Intervenor. | Consolidated Court No. 19-144 |

**CONSOLIDATED PLAINTIFFS' COMMENTS ON FINAL REMAND RESULTS**

On behalf of Consolidated Plaintiffs, Cohesion Trading Limited, Galleher Corporation, Galleher, LLC, MGI International, Metropolitan Hardwood Floors, Inc., Mobetta Trading Limited, Nakahiro Jyou Sei Furniture (Dalian) Co., Ltd., Shenyang Haobainian Wooden Co. Ltd., Wego International Floors LLC (collectively "Consolidated Plaintiffs") we hereby submit these comments on the Defendant's Final Results of Redetermination Pursuant to Court Order ("*Final Remand Results*") filed with the Court on June 7, 2024 (ECF 165). These comments are timely

submitted pursuant to the Court's opinion and remand order issued on April 1, 2024 (Slip Op. 24-29, ECF 163).

Consolidated Plaintiffs generally agree that the Defendant's final remand results complied with the Court's instructions by using the weighted average, rather than a simple average, of the two individually examined mandatory respondents' (Jiangsu Senmao Bamboo and Wood Industry Co., Ltd.'s and Sino-Maple's) antidumping duty margins to calculate the separate rate for the non-individually examined companies. *Final Remand Results* at 1. This is consistent with the Court's opinion, since using the weighted average of the mandatory respondents' rates to calculate the separate rate for the non-individually examined companies is the expected and lawful calculation method under the statute. *Slip Op. 24-29* at 18 (ECF 163). Consolidated Plaintiffs note, however, that Plaintiffs are in the best position to assess the lawfulness of the rates calculated for the individually examined mandatory respondents and the data relied on by the Defendant in reaching the *Final Remand Results*. Therefore, Consolidated Plaintiffs support and incorporate by reference any arguments by the Plaintiffs, as the individual rate for the mandatory respondents impacts the separate rate calculation.

Since the Defendant's *Final Remand Results* are in accordance with the Court's instructions, we respectfully request that the Court uphold the Defendant's decision in the *Final Remand Results*.

        */s/ Brittney R. Powell*
        Lizbeth R. Levinson
        Brittney R. Powell

        FOX ROTHSCHILD LLP
        2020 K Street, NW
        Suite 500
        Washington, DC  20006
        Tel: (202) 794-1183
        Email: bpowell@foxrothschild.com

Dated July 8, 2024        *Counsel to Consolidated Plaintiffs*