# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE RICHARD K EATON

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,<br><br>Plaintiffs,<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,<br><br>Consolidated Plaintiffs,<br><br>LUMBER LIQUIDATORS SERVICES, LLC, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING<br><br>Defendant-Intervenor. | Consolidated Court No. 19-00144 |

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs Wego International Floors LLC, Galleher Corp., and Galleher, LLC, hereby appeal to the United States Court of Appeals for the Federal Circuit the final judgment entered in this action on September 18, 2024. The final judgment appealed upheld the agency decision concerning the sixth administrative review of the antidumping duty order on multilayered wood flooring from the People's Republic of China.

                                              */s/ Brittney R. Powell*
                                              Lizbeth R. Levinson
                                              Brittney R. Powell

                                              FOX ROTHSCHILD LLP
                                              2020 K Street, NW
                                              Suite 500
                                              Washington, DC  20006
                                              Tel: (202) 794-1183
                                              Email: bpowell@foxrothschild.com

Dated November 12, 2024                  *Counsel to Consolidated Plaintiffs*

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL., | : |
| Plaintiffs, | : |
| YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL., | : |
| Consolidated Plaintiffs, | : |
| and | : |
| LUMBER LIQUIDATORS SERVICES, LLC ET AL., | : Before: Richard K. Eaton, Judge |
| Plaintiff-Intervenors, | : Consol. Court No. 19-00144 |
| v. | : |
| UNITED STATES, | : |
| Defendant, | : |
| and | : |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | : |
| Defendant-Intervenor. | : |

## **JUDGMENT**

Upon consideration of the papers and proceedings had herein, and in conformity with the court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination

Pursuant to Court Order (June 7, 2024), ECF No. 165-1, are sustained.

                                                     /s/ Richard K. Eaton
                                                             Judge

Dated:  September 18, 2024
           New York, New York