# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE RICHARD K EATON

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD., et al.,<br><br>Plaintiffs,<br><br>YIHUA LIFESTYLE TECHNOLOGY CO., LTD., et al.,<br><br>Consolidated Plaintiffs,<br><br>LUMBER LIQUIDATORS SERVICES, LLC, et al.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING<br><br>Defendant-Intervenor. | Consolidated Court No. 19-00144 |

## NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiffs Struxtur, Inc. and Evolutions Flooring, Inc., hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on September 18, 2024. Consolidated Plaintiffs Wego International Floors LLC, Galleher Corp., and Galleher, LLC timely filed their notice of appeal on November 12, 2024. Pursuant to Fed. R. App. P. 4(a)(3), this notice is timely filed, within 14 days after the date when the first notice of appeal was filed.

        */s/* Gregory S. M<sup>c</sup>Cue
        Gregory S. M<sup>c</sup>Cue

        STEPTOE LLP
        1330 Connecticut Avenue, N.W.
        Washington, DC 20036
        Telephone: (202) 429-6421
        Email:  gmccue@steptoe.com

        *Counsel to Consolidated Plaintiffs*
        *Struxtur, Inc., and*
        *Evolutions Flooring, Inc.*

Dated November 26, 2024

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FUSONG JINLONG WOODEN GROUP CO., LTD. ET AL., | |
| Plaintiffs, | |
| YIHUA LIFESTYLE TECHNOLOGY CO., LTD. ET AL., | |
| Consolidated Plaintiffs, | |
| and | |
| | Before: Richard K. Eaton, Judge |
| LUMBER LIQUIDATORS SERVICES, LLC ET AL., | Consol. Court No. 19-00144 |
| Plaintiff-Intervenors, | |
| v. | |
| UNITED STATES, | |
| Defendant, | |
| and | |
| AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING, | |
| Defendant-Intervenor. | |

**<u>JUDGMENT</u>**

Upon consideration of the papers and proceedings had herein, and in conformity with the court's decision in this matter, it is hereby

**ORDERED** that the U.S. Commerce Department's Final Results of Redetermination

Pursuant to Court Order (June 7, 2024), ECF No. 165-1, are sustained.

                                                    /s/ Richard K. Eaton  
                                                                             Judge

Dated:     September 18, 2024  
             New York, New York