NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FUSONG JINLONG WOODEN GROUP CO., LTD., FUSONG QIANQIU WOODEN PRODUCT CO., LTD., DALIAN QIANQIU WOODEN PRODUCT CO., LTD., YIHUA LIFESTYLE TECHNOLOGY CO., LTD., HUZHOU CHENGHANG WOOD CO., LTD., HANGZHOU HANJE TEC CO., LTD., HUNCHUN XINGJIA WOODEN FLOORING INC., DUNHUA SHENGDA WOOD INDUSTRY CO., LTD., ZHEJIANG FUERJIA WOODEN CO., LTD., A&W (SHANGHAI) WOODS CO., LTD., DUN HUA SEN TAI WOOD CO., LTD., ZHEJIANG DADONGWU GREENHOME WOOD CO., LTD., SINO-MAPLE (JIANGSU) CO., LTD., JILIN FOREST INDUSTRY JINQIAO FLOORING GROUP CO., LTD., BAISHAN HUAFENG WOODEN PRODUCT CO., LTD., METROPOLITAN HARDWOOD FLOORS, INC., NAKAHIRO JYOU SEI FURNITURE (DALIAN) CO., LTD., SHENYANG HAOBAINIAN WOODEN CO., LTD., COHESION TRADING LTD., MGI INTERNATIONAL, MOBETTA TRADING LTD., LINYI ANYING WOOD CO., LTD., LINYI YOUYOU WOOD CO., LTD., SCHOLAR HOME (SHANGHAI) NEW MATERIAL CO., LTD., LUMBER LIQUIDATORS SERVICES, LLC, BENXI WOOD COMPANY, DALIAN JIAHONG WOOD INDUSTRY CO., LTD., DALIAN KEMIAN WOOD INDUSTRY CO., LTD., DONGTAI FUAN UNIVERSAL DYNAMICS, LLC, HAILIN LINJING WOODEN PRODUCTS CO., LTD., JIANGSU GUYU INTERNATIONAL TRADING CO., LTD., JIANGSU

**MINGLE FLOORING CO., LTD., JIANGSU SIMBA FLOORING CO., LTD., JIASHAN HUIJIALE DECORATION MATERIAL CO., LTD., KEMIAN WOOD INDUSTRY (KUNSHAN) CO., LTD., SUZHOU DONGDA WOOD CO., LTD., TONGXIANG JISHENG IMPORT AND EXPORT CO., LTD., BENXI WOOD, ET AL., STRUXTUR, INC., EVOLUTIONS FLOORING, INC.,**
*Plaintiffs*

**GALLEHER CORP., GALLEHER, LLC, WEGO INTERNATIONAL FLOORS LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,**
*Defendants-Appellees*

---

2025-1196

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00144-RKE, Senior Judge Richard K. Eaton.

-------------------------------------------------

**FUSONG JINLONG WOODEN GROUP CO., LTD., FUSONG QIANQIU WOODEN PRODUCT CO., LTD., DALIAN QIANQIU WOODEN PRODUCT CO., LTD., YIHUA LIFESTYLE TECHNOLOGY CO., LTD., HUZHOU CHENGHANG WOOD CO., LTD., HANGZHOU HANJE TEC CO., LTD., HUNCHUN XINGJIA WOODEN FLOORING INC., DUNHUA SHENGDA WOOD INDUSTRY CO., LTD., ZHEJIANG FUERJIA WOODEN CO., LTD., A&W**

(SHANGHAI) WOODS CO., LTD., DUN HUA SEN
TAI WOOD CO., LTD., ZHEJIANG DADONGWU
GREENHOME WOOD CO., LTD., SINO-MAPLE
(JIANGSU) CO., LTD., JILIN FOREST INDUSTRY
JINQIAO FLOORING GROUP CO., LTD., BAISHAN
HUAFENG WOODEN PRODUCT CO., LTD.,
METROPOLITAN HARDWOOD FLOORS, INC.,
NAKAHIRO JYOU SEI FURNITURE (DALIAN) CO.,
LTD., SHENYANG HAOBAINIAN WOODEN CO.,
LTD., COHESION TRADING LTD., GALLEHER
CORP., GALLEHER, LLC, WEGO INTERNATIONAL
FLOORS LLC, MGI INTERNATIONAL, MOBETTA
TRADING LTD., LINYI ANYING WOOD CO., LTD.,
LINYI YOUYOU WOOD CO., LTD., SCHOLAR
HOME (SHANGHAI) NEW MATERIAL CO., LTD.,
LUMBER LIQUIDATORS SERVICES, LLC, BENXI
WOOD COMPANY, DALIAN JIAHONG WOOD
INDUSTRY CO., LTD., DALIAN KEMIAN WOOD
INDUSTRY CO., LTD., DONGTAI FUAN
UNIVERSAL DYNAMICS, LLC, HAILIN LINJING
WOODEN PRODUCTS CO., LTD., JIANGSU GUYU
INTERNATIONAL TRADING CO., LTD., JIANGSU
MINGLE FLOORING CO., LTD., JIANGSU SIMBA
FLOORING CO., LTD., JIASHAN HUIJIALE
DECORATION MATERIAL CO., LTD., KEMIAN
WOOD INDUSTRY (KUNSHAN) CO., LTD., SUZHOU
DONGDA WOOD CO., LTD., TONGXIANG JISHENG
IMPORT AND EXPORT CO., LTD., BENXI WOOD,
ET AL.,
*Plaintiffs*

**STRUXTUR, INC., EVOLUTIONS FLOORING, INC.,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, AMERICAN MANUFACTURERS**

**OF MULTILAYERED WOOD FLOORING,**
*Defendants-Appellees*

─────────────

2025-1232

─────────────

Appeal from the United States Court of International Trade in No. 1:19-cv-00144-RKE, Senior Judge Richard K. Eaton.

─────────────

**ON MOTION**

─────────────

**O R D E R**

The parties to Appeal No. 2025-1232 jointly stipulate to voluntarily dismiss Appeal No. 2025-1232 pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure. The United States moves unopposed for a 50-day extension of time, until May 1, 2025, to file the response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The official captions are revised as reflected in this order, and Appeal No. 2025-1232 is voluntarily dismissed. Each side shall bear its own costs as to Appeal No. 2025-1232.

(2)  The motion for an extension of time is granted.

    (3)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

March 18, 2025
    Date

ISSUED AS A MANDATE (as to Appeal No. 2025-1232 only):  March 18, 2025